AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Netburn, Sarah | U.S. District Court, Southern District of New York | 08/31/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Magistrate Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

40 Foley Square
Room 430
New York, New York 10007

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Netburn, Sarah | 08/31/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Cuti Hecker Wang -- salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Netburn, Sarah | 08/31/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. RMA ACCOUNT #1; XXX77 (H) | | | | | | | | | |
| 2. iShares DJ Select Divid Index Fund | | None | | | Sold | 01/12/16 | J | | |
| 3. iShares Floating Rate Bond Fund ETF | | None | | | Sold | 01/12/16 | J | | |
| 4. iShares NASDAQ Biotechnology Index Fund | | None | | | Sold | 01/12/16 | J | | |
| 5. iShares US Real Estate | | None | | | Sold | 01/12/16 | J | | |
| 6. iShares JP Morgan USD Emerging Markets Bond ETF | | None | | | Sold | 01/12/16 | J | | |
| 7. Pimco 1-5 Yr US Tips Index ETF | | None | | | Sold | 01/12/16 | J | | |
| 8. Vanguard Index Funds Vanguard Small Cap ETF | | None | | | Sold | 01/12/16 | J | | |
| 9. iShares Barclays 1-3 Yr Credit Bond Fund | | None | | | Sold | 01/12/16 | J | | |
| 10. iShares Barclays 1-3 Yr Treas. Bond FD | | None | | | Sold | 01/12/16 | J | | |
| 11. iShares Barclays TIPS Bond Fund | | None | | | Sold | 01/12/16 | J | | |
| 12. iShares IBOXX High Yield Corp Bond | | None | | | Sold | 01/12/16 | J | | |
| 13. iShares S&P 500 Value | | None | | | Sold | 01/12/16 | J | | |
| 14. iShares Trust S&P 500 Growth Index Fund DE | | None | | | Sold | 01/12/16 | J | | |
| 15. iShares S&P 100 Index Fund DE | | None | | | Sold | 01/12/16 | J | | |
| 16. iShares TR FLTG Rate NT ETF | | None | | | Sold | 01/12/16 | J | | |
| 17. iShares MSCI Japan ETF | | None | | | Sold | 01/12/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Netburn, Sarah | 08/31/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. JPM Chase Capital XXVII 7.200% Due 12/22/39 Callable | | None | | | Sold | 01/12/16 | J | | |
| 19. Powershares Exchange Traded FD TR FINL PFD Portfolio | | None | | | Sold | 01/12/16 | J | | |
| 20. Vanguard Short Term Corporate BD ETF | | None | | | Sold | 01/12/16 | J | | |
| 21. Powershares ETF Trust II n/k/a Powershares Senior Loan (BLKN) | | None | | | Sold | 01/12/16 | J | | |
| 22. SPDR Barclays Capital High Yield ETF | | None | | | Sold | 01/12/16 | J | | |
| 23. SPDR Barclays Intl Treas Bond ETF | | None | | | Sold | 01/12/16 | J | | |
| 24. SPDR Barclays S/T IRT Treas Bond ETF | | None | | | Sold | 01/12/16 | J | | |
| 25. Powershares DB Commodity Index Tracking Fund | | None | | | Sold | 01/12/16 | J | | |
| 26. Powershares DB Multi Sector Commodity TR DB Agriculture Fund | | None | | | Sold | 01/12/16 | J | | |
| 27. SPDR S&P Emerging Markets ETF DE | | None | | | Sold | 01/12/16 | J | | |
| 28. SPDR SER TR Barclays Cap Conv ETF | | None | | | Sold | 01/12/16 | J | | |
| 29. Vanguard Index Funds MFD INC FSTE ALL | | None | | | Sold | 01/12/16 | J | | |
| 30. Vanguard Index Funds Mid Cap | | None | | | Sold | 01/12/16 | J | | |
| 31. Vanguard Intel Equity Index FD INC FSTE ALL-WORLD EX-U | | None | | | Sold | 01/12/16 | J | | |
| 32. Vanguard Info Tech | | None | | | Sold | 01/12/16 | J | | |
| 33. Vanguard FTSE Europe ETF | | None | | | Sold | 01/12/16 | J | | |
| 34. Vanguard FTSE Emerging Markets | | None | | | Sold | 01/12/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Netburn, Sarah | 08/31/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. iShares US Treas Bond Fund ETF | | None | | | Sold | 01/12/16 | J | | |
| 36. Vanguard Charlotte FDS Intl BD Index Fd ETF | | None | | | Sold | 01/12/16 | J | | |
| 37. iShares BOXX Invt Grade Corp Bond ETF | | None | | | Sold | 01/12/16 | J | | |
| 38. | | | | | | | | | |
| 39. Columbia Aggressive Growth NY 529 Portfolio Class A | D | Int./Div. | M | T | | | | | |
| 40. | | | | | | | | | |
| 41. IRA #1 Rollover; XXX67 (H) | | | | | | | | | |
| 42. - UBS Pace Money Market Investment Fund ClassP | | None | | | Sold | 10/21/16 | J | | |
| 43. - Blackrock Health Sciences Fund | | None | | | Buy | 10/03/16 | J | | |
| 44. | | | | | Sold | 10/21/16 | J | | |
| 45. - Calamos Convertible Fund Class A | | None | | | Sold | 10/21/16 | J | | |
| 46. - DWS Dreman Small Cap Value Fund Class A | | None | | | Sold | 10/21/16 | J | | |
| 47. - Delaware Value Fund Inst. Class I | A | Dividend | | | Buy | 01/04/16 | J | | |
| 48. | | | | | Sold (part) | 01/25/16 | J | | |
| 49. | | | | | Sold (part) | 04/01/16 | J | | |
| 50. | | | | | Buy (add'l) | 07/05/16 | J | | |
| 51. | | | | | Buy (add'l) | 08/26/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Netburn, Sarah | 08/31/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. | | | | | Buy (add'l) | 10/03/16 | J | | |
| 53. | | | | | Sold | 10/21/16 | K | | |
| 54. - Putnam Voyager Fund Inc. Cl A | | None | | | Sold | 10/21/16 | J | | |
| 55. - Olstein All Cap Value Fd Adviser | | None | | | Buy (add'l) | 01/04/16 | J | | |
| 56. | | | | | Buy (add'l) | 01/25/16 | J | | |
| 57. | | | | | Sold (part) | 04/04/16 | J | | |
| 58. | | | | | Sold (part) | 07/05/16 | J | | |
| 59. | | | | | Buy (add'l) | 08/26/16 | J | | |
| 60. | | | | | Buy (add'l) | 10/03/16 | J | | |
| 61. | | | | | Sold | 10/21/16 | J | | |
| 62. - Oppenheimer Developing Markets Fund CL A | | None | | | Sold | 10/21/16 | J | | |
| 63. - Oppenheimer Equity Income Fund Inc. Cl A | | None | | | Sold | 01/04/16 | J | | |
| 64. - Calvert Short Duration Income Fund Class A | | None | | | Sold | 10/21/16 | J | | |
| 65. - JP Morgan Strategic Income Opportunities | A | Dividend | | | Sold (part) | 01/04/16 | J | | |
| 66. | | | | | Sold (part) | 01/25/16 | J | | |
| 67. | | | | | Buy (add'l) | 04/04/16 | J | | |
| 68. | | | | | Sold (part) | 07/05/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Netburn, Sarah | 08/31/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ]  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 08/26/16 | J | | |
| 70. | | | | | Buy (add'l) | 10/04/16 | J | | |
| 71. | | | | | Sold | 10/21/16 | J | | |
| 72.   - 13D Activist Fund | | None | | | Sold (part) | 01/05/16 | J | | |
| 73. | | | | | Buy (add'l) | 01/26/16 | J | | |
| 74. | | | | | Sold (part) | 04/05/16 | J | | |
| 75. | | | | | Sold (part) | 07/05/16 | J | | |
| 76. | | | | | Sold (part) | 08/29/16 | J | | |
| 77. | | | | | Buy (add'l) | 10/03/16 | J | | |
| 78. | | | | | Sold | 10/24/16 | J | | |
| 79.   - Tweedy Brown Global (TBGVX) | | None | | | Sold (part) | 01/04/16 | J | | |
| 80. | | | | | Sold (part) | 01/25/16 | J | | |
| 81. | | | | | Buy (add'l) | 04/04/16 | J | | |
| 82. | | | | | Sold (part) | 07/05/16 | J | | |
| 83. | | | | | Buy (add'l) | 08/26/16 | J | | |
| 84. | | | | | Buy (add'l) | 01/03/16 | J | | |
| 85. | | | | | Sold | 10/21/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Netburn, Sarah | 08/31/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Lord Abbett Short Duration Income Fund | A | Dividend | | | Buy (add'l) | 01/04/16 | J | | |
| 87. | | | | | Sold (part) | 01/25/16 | J | | |
| 88. | | | | | Buy (add'l) | 04/04/16 | J | | |
| 89. | | | | | Sold (part) | 07/05/16 | J | | |
| 90. | | | | | Buy (add'l) | 08/26/16 | J | | |
| 91. | | | | | Sold (part) | 10/03/16 | J | | |
| 92. | | | | | Sold | 10/21/16 | J | | |
| 93. - Franklin Small Cap Growth (MFFSKS) | | None | | | Buy (add'l) | 01/04/16 | J | | |
| 94. | | | | | Buy (add'l) | 01/25/16 | J | | |
| 95. | | | | | Sold | 04/04/16 | J | | |
| 96. - Aberdeen Divers AL | | None | | | Sold | 10/21/16 | J | | |
| 97. - Prudential Short Dur | | None | | | Buy (add'l) | 04/04/16 | J | | |
| 98. | | | | | Sold (part) | 07/05/16 | J | | |
| 99. | | | | | Buy (add'l) | 08/26/16 | J | | |
| 100. | | | | | Buy (add'l) | 10/03/16 | J | | |
| 101. | | | | | Sold | 10/21/16 | J | | |
| 102. - Franklin Mutual European Fund | | None | | | Sold (part) | 01/04/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Netburn, Sarah | 08/31/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 01/25/16 | J | | |
| 104. | | | | | Buy (add'l) | 04/04/16 | J | | |
| 105. | | | | | Sold | 06/29/16 | J | | |
| 106.   - Ivy Emerging Markets Equity Fd | | None | | | Sold (part) | 01/04/16 | J | | |
| 107. | | | | | Buy (add'l) | 01/25/16 | J | | |
| 108. | | | | | Sold (part) | 04/04/16 | J | | |
| 109. | | | | | Sold (part) | 07/05/16 | J | | |
| 110. | | | | | Sold (part) | 08/26/16 | J | | |
| 111. | | | | | Sold (part) | 10/03/16 | J | | |
| 112. | | | | | Sold | 10/21/16 | J | | |
| 113.   - JP Morgan Large Cap Growth Fd Select | | None | | | Buy (add'l) | 01/04/16 | J | | |
| 114. | | | | | Buy (add'l) | 01/25/16 | J | | |
| 115. | | | | | Buy (add'l) | 04/01/16 | J | | |
| 116. | | | | | Buy (add'l) | 07/05/16 | J | | |
| 117. | | | | | Buy (add'l) | 08/26/16 | J | | |
| 118. | | | | | Sold (part) | 10/04/16 | J | | |
| 119. | | | | | Sold | 10/21/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Netburn, Sarah | 08/31/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.   - Oakmark Intl Fund | | None | | | Sold (part) | 01/04/16 | J | | |
| 121. | | | | | Buy (add'l) | 01/25/16 | J | | |
| 122. | | | | | Sold (part) | 04/04/16 | J | | |
| 123. | | | | | Buy (add'l) | 07/05/16 | J | | |
| 124. | | | | | Sold (part) | 08/26/16 | J | | |
| 125. | | | | | Buy (add'l) | 10/04/16 | J | | |
| 126. | | | | | Sold | 10/21/16 | J | | |
| 127.   - Scout Mid Cap Fund | A | Dividend | | | Sold (part) | 01/04/16 | J | | |
| 128. | | | | | Sold (part) | 01/25/16 | J | | |
| 129. | | | | | Sold (part) | 04/04/16 | J | | |
| 130. | | | | | Sold (part) | 07/05/16 | J | | |
| 131. | | | | | Buy (add'l) | 08/26/16 | J | | |
| 132. | | | | | Sold (part) | 10/03/16 | J | | |
| 133. | | | | | Sold | 10/21/16 | K | | |
| 134.   - Blackrock High Yield Bond | A | Dividend | | | Sold (part) | 01/04/16 | J | | |
| 135. | | | | | Sold (part) | 01/25/16 | J | | |
| 136. | | | | | Buy (add'l) | 04/04/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Netburn, Sarah | 08/31/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 07/05/16 | J | | |
| 138. | | | | | Buy (add'l) | 08/26/16 | J | | |
| 139. | | | | | Buy (add'l) | 10/03/16 | J | | |
| 140. | | | | | Sold | 10/21/16 | J | | |
| 141. - Eaton Vance Floating Rate Advantage | A | Dividend | | | Sold (part) | 01/04/16 | J | | |
| 142. | | | | | Buy (add'l) | 10/04/16 | J | | |
| 143. | | | | | Sold | 10/21/16 | J | | |
| 144. - Loomis Sayles LTD Term Govt and Agency Fd | A | Dividend | | | Sold (part) | 01/05/16 | J | | |
| 145. | | | | | Sold (part) | 01/07/16 | J | | |
| 146. | | | | | Sold (part) | 01/25/16 | J | | |
| 147. | | | | | Buy (add'l) | 04/01/16 | J | | |
| 148. | | | | | Sold (part) | 07/05/16 | J | | |
| 149. | | | | | Buy (add'l) | 08/26/16 | J | | |
| 150. | | | | | Sold (part) | 10/03/16 | J | | |
| 151. | | | | | Sold | 10/21/16 | J | | |
| 152. - Putnam Diversified Income Fd | A | Dividend | | | Buy (add'l) | 01/04/16 | J | | |
| 153. | | | | | Sold (part) | 01/25/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Netburn, Sarah | 08/31/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 04/04/16 | J | | |
| 155. | | | | | Sold (part) | 07/05/16 | J | | |
| 156. | | | | | Buy (add'l) | 08/26/16 | J | | |
| 157. | | | | | Sold (part) | 10/03/16 | J | | |
| 158. | | | | | Sold | 10/21/16 | J | | |
| 159. - T. Rowe Price Global Tech Fund | | None | | | Buy | 01/04/16 | J | | |
| 160. | | | | | Buy (add'l) | 01/25/16 | J | | |
| 161. | | | | | Sold (part) | 04/04/16 | J | | |
| 162. | | | | | Sold (part) | 07/05/16 | J | | |
| 163. | | | | | Sold (part) | 08/26/16 | J | | |
| 164. | | | | | Sold | 10/03/16 | J | | |
| 165. - Victory Incore Fund for Income | A | Dividend | | | Buy (add'l) | 01/05/16 | J | | |
| 166. | | | | | Sold (part) | 01/25/16 | J | | |
| 167. | | | | | Buy (add'l) | 04/04/16 | J | | |
| 168. | | | | | Sold (part) | 07/05/16 | J | | |
| 169. | | | | | Buy (add'l) | 08/26/16 | J | | |
| 170. | | | | | Buy (add'l) | 10/03/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold | 10/21/16 | J | | |
| 172.   - iShares S&P 500 Growth ETF | A | Dividend | J | T | Buy | 10/26/16 | J | | |
| 173. | | | | | Buy (add'l) | 11/01/16 | J | | |
| 174. | | | | | Buy (add'l) | 11/09/16 | J | | |
| 175. | | | | | Buy (add'l) | 11/16/16 | J | | |
| 176. | | | | | Buy (add'l) | 11/28/16 | J | | |
| 177. | | | | | Buy (add'l) | 12/14/16 | J | | |
| 178. | | | | | Buy (add'l) | 12/28/16 | J | | |
| 179.   - iShares S&P 500 Value ETF | A | Dividend | J | T | Buy | 10/26/16 | J | | |
| 180. | | | | | Buy (add'l) | 11/01/16 | J | | |
| 181. | | | | | Buy (add'l) | 11/09/16 | J | | |
| 182. | | | | | Buy (add'l) | 11/16/16 | J | | |
| 183. | | | | | Buy (add'l) | 11/28/16 | J | | |
| 184. | | | | | Buy (add'l) | 12/14/16 | J | | |
| 185. | | | | | Buy (add'l) | 12/28/16 | J | | |
| 186.   - iShares U.S. Healthcare ETF | A | Dividend | J | T | Buy | 10/26/16 | J | | |
| 187. | | | | | Buy (add'l) | 11/01/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 11/09/16 | J | | |
| 189. | | | | | Buy (add'l) | 11/16/16 | J | | |
| 190. | | | | | Buy (add'l) | 11/28/16 | J | | |
| 191. | | | | | Buy (add'l) | 12/14/16 | J | | |
| 192. | | | | | Buy (add'l) | 12/28/16 | J | | |
| 193. - Vanguard FTSE All World Ex-US ETF | | None | J | T | Buy | 12/28/16 | J | | |
| 194. - Vanguard FTSE Emerging Markets ETF | A | Dividend | J | T | Buy | 10/26/16 | J | | |
| 195. | | | | | Buy (add'l) | 11/01/16 | J | | |
| 196. | | | | | Buy (add'l) | 11/09/16 | J | | |
| 197. | | | | | Buy (add'l) | 11/16/16 | J | | |
| 198. | | | | | Buy (add'l) | 11/28/16 | J | | |
| 199. | | | | | Buy (add'l) | 12/14/16 | J | | |
| 200. | | | | | Buy (add'l) | 12/28/16 | J | | |
| 201. - Vanguard Index Funds Vanguard Mid Cap ETF | A | Dividend | J | T | Buy | 10/26/16 | J | | |
| 202. | | | | | Buy (add'l) | 11/01/16 | J | | |
| 203. | | | | | Buy (add'l) | 11/09/16 | J | | |
| 204. | | | | | Buy (add'l) | 11/16/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy (add'l) | 11/28/16 | J | | |
| 206. | | | | | Buy (add'l) | 12/14/16 | J | | |
| 207. | | | | | Buy (add'l) | 12/28/16 | J | | |
| 208.  - Vanguard Index Funds Vanguard Small Cap ETF | A | Dividend | J | T | Buy | 10/26/16 | J | | |
| 209. | | | | | Buy (add'l) | 11/01/16 | J | | |
| 210. | | | | | Buy (add'l) | 11/09/16 | J | | |
| 211. | | | | | Buy (add'l) | 11/16/16 | J | | |
| 212. | | | | | Buy (add'l) | 11/28/16 | J | | |
| 213. | | | | | Buy (add'l) | 12/14/16 | J | | |
| 214. | | | | | Buy (add'l) | 12/28/16 | J | | |
| 215.  - Vanguard Intl Equity Index Funds Inc. FSTE ALL | A | Dividend | J | T | Buy | 10/26/16 | J | | |
| 216. | | | | | Buy (add'l) | 11/01/16 | J | | |
| 217. | | | | | Buy (add'l) | 11/09/16 | J | | |
| 218. | | | | | Buy (add'l) | 11/16/16 | J | | |
| 219. | | | | | Buy (add'l) | 11/28/16 | J | | |
| 220. | | | | | Buy (add'l) | 12/14/16 | J | | |
| 221. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Account XXX68 (H) | | | | | | | | | |
| 223. UBS Bank USA Deposit Account | A | Interest | K | T | | | | | |
| 224. UBS Select Prime Investor Fund | | None | | | Closed | 04/12/13 | J | | |
| 225. RMA Money Mkt Portfolio | | None | | | Closed | 12/06/13 | J | | |
| 226. | | | | | | | | | |
| 227. ROTH IRA # 2; XXX57 (H) | | | | | | | | | |
| 228. - UBS Bank USA Deposit Account | | None | J | T | | | | | |
| 229. - Eaton Vance Richard Bernstein Equity | A | Dividend | J | T | | | | | |
| 230. | | | | | | | | | |
| 231. IRA #3 ETF4; XXX56 (H) | | | | | | | | | |
| 232. - iShares Floating Rate Bond ETF | A | Dividend | J | T | Buy (add'l) | 01/04/16 | J | | |
| 233. | | | | | Sold (part) | 01/25/16 | J | | |
| 234. | | | | | Buy (add'l) | 04/01/16 | J | | |
| 235. | | | | | Sold (part) | 07/05/16 | J | | |
| 236. | | | | | Buy (add'l) | 08/26/16 | J | | |
| 237. | | | | | Buy (add'l) | 10/03/16 | J | | |
| 238. - iShares IBOXX Invt Grade Corporate Bond ETF | | None | | | Sold | 01/04/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Netburn, Sarah | 08/31/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. - iShares IBOXX High Yield Corporate Bond ETF | A | Dividend | J | T | Sold (part) | 01/25/16 | J | | |
| 240. | | | | | Buy (add'l) | 04/01/16 | J | | |
| 241. | | | | | Sold (part) | 07/05/16 | J | | |
| 242. | | | | | Buy (add'l) | 08/26/16 | J | | |
| 243. | | | | | Buy (add'l) | 10/03/16 | J | | |
| 244. - iShares MSCI Japan ETF | A | Dividend | | | Buy (add'l) | 01/04/16 | J | | |
| 245. | | | | | Sold | 01/22/16 | J | | |
| 246. - iShares S&P 500 Growth ETF | A | Dividend | J | T | Buy (add'l) | 01/04/16 | J | | |
| 247. | | | | | Buy (add'l) | 01/25/16 | J | | |
| 248. | | | | | Buy (add'l) | 07/05/16 | J | | |
| 249. | | | | | Buy (add'l) | 08/26/16 | J | | |
| 250. - iShares S&P 500 Value ETF | A | Distribution | J | T | Buy (add'l) | 01/04/16 | J | | |
| 251. | | | | | Buy (add'l) | 01/25/16 | J | | |
| 252. | | | | | Sold (part) | 04/01/16 | J | | |
| 253. | | | | | Buy (add'l) | 07/05/16 | J | | |
| 254. | | | | | Buy (add'l) | 08/26/16 | J | | |
| 255. | | | | | Buy (add'l) | 10/06/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. - iShares U.S. Healthcare ETF | A | Dividend | J | T | Buy | 10/03/16 | J | | |
| 257. | | | | | Buy (add'l) | 11/01/16 | J | | |
| 258. - iShares U.S. Real Estate ETF | | | | | Sold | 01/04/16 | J | | |
| 259. - iShares U.S. Treas Bond ETF | A | Dividend | J | T | Buy (add'l) | 01/04/16 | J | | |
| 260. | | | | | Sold (part) | 01/25/16 | J | | |
| 261. | | | | | Buy (add'l) | 04/01/16 | J | | |
| 262. | | | | | Sold (part) | 07/05/16 | J | | |
| 263. | | | | | Buy (add'l) | 08/26/16 | J | | |
| 264. | | | | | Buy (add'l) | 10/03/16 | J | | |
| 265. - iShares 1-3 Treas Bond | A | Dividend | J | T | Buy (add'l) | 01/04/16 | J | | |
| 266. | | | | | Sold (part) | 01/25/16 | J | | |
| 267. | | | | | Buy (add'l) | 04/01/16 | J | | |
| 268. | | | | | Sold (part) | 07/05/16 | J | | |
| 269. | | | | | Buy (add'l) | 08/26/16 | J | | |
| 270. - Powershares DB Multi Sector Commodity TR DB Agriculture Fund | | None | | | Sold | 03/02/15 | J | | |
| 271. - Powershares Senior Loan (BKLN) | A | Dividend | | | Sold | 01/04/16 | J | | |
| 272. - SPDR S&P Emerging Markets ETF DE | | None | | | Sold | 07/30/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. - Vanguard Charlotte FDS Total Intl Bd Index Fd ETF | | None | | | Sold | 01/04/16 | J | | |
| 274. - Vanguard FTSE Emerging Markets ETF | A | Dividend | J | T | Sold (part) | 01/04/16 | J | | |
| 275. | | | | | Buy (add'l) | 01/25/16 | J | | |
| 276. | | | | | Sold (part) | 04/01/16 | J | | |
| 277. | | | | | Sold (part) | 07/05/16 | J | | |
| 278. | | | | | Sold (part) | 08/26/16 | J | | |
| 279. | | | | | Buy (add'l) | 10/03/16 | J | | |
| 280. -Vanguard FTSE Europe ETF | A | Dividend | | | Buy (add'l) | 01/04/16 | J | | |
| 281. | | | | | Buy (add'l) | 01/25/16 | J | | |
| 282. | | | | | Buy (add'l) | 04/01/16 | J | | |
| 283. | | | | | Sold | 06/29/16 | J | | |
| 284. - Vanguard Index Funds Vanguard Mid Cap ETF DE | A | Dividend | J | T | Buy (add'l) | 01/04/16 | J | | |
| 285. | | | | | Buy (add'l) | 01/25/16 | J | | |
| 286. | | | | | Sold (part) | 04/01/16 | J | | |
| 287. | | | | | Sold (part) | 07/05/16 | J | | |
| 288. | | | | | Buy (add'l) | 10/03/16 | J | | |
| 289. - Vanguard Index Funds Vanguard Small Cap ETF DE Sol | A | Dividend | J | T | Buy (add'l) | 01/04/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Buy (add'l) | 01/25/16 | J | | |
| 291. | | | | | Sold (part) | 04/01/16 | J | | |
| 292. | | | | | Buy (add'l) | 07/05/16 | J | | |
| 293. - Vanguard Intl Equity Index FD Inc FSTE ALL | A | Dividend | J | T | Buy (add'l) | 01/25/16 | J | | |
| 294. | | | | | Sold (part) | 04/01/16 | J | | |
| 295. | | | | | Sold (part) | 07/15/16 | J | | |
| 296. | | | | | Sold (part) | 08/26/16 | J | | |
| 297. | | | | | Buy (add'l) | 10/03/16 | J | | |
| 298. - Vanguard Sector Index FD Information Tech ETF | A | Dividend | | | Buy | 01/04/16 | J | | |
| 299. | | | | | Buy (add'l) | 01/25/16 | J | | |
| 300. | | | | | Sold (part) | 04/01/16 | J | | |
| 301. | | | | | Buy (add'l) | 07/05/16 | J | | |
| 302. | | | | | Sold (part) | 08/26/16 | J | | |
| 303. | | | | | Sold | 10/03/16 | J | | |
| 304. - Vanguard Short Term Corporate BD ETF DE | A | Dividend | J | T | Buy (add'l) | 01/04/16 | J | | |
| 305. | | | | | Sold (part) | 01/25/16 | J | | |
| 306. | | | | | Buy (add'l) | 04/01/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Netburn, Sarah | 08/31/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Sold (part) | 07/05/16 | J | | |
| 308. | | | | | Buy (add'l) | 08/26/16 | J | | |
| 309. | | | | | Sold (part) | 10/03/16 | J | | |
| 310. | | | | | | | | | |
| 311.  IRA #4 (H) | | | | | | | | | |
| 312.  - JRHOX | D | Int./Div. | M | T | | | | | |
| 313. | | | | | | | | | |
| 314. | | | | | | | | | |
| 315. | | | | | | | | | |
| 316. | | | | | | | | | |
| 317. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Netburn, Sarah | 08/31/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In the 2015 Report, I made the following errors: (1) SPDR S&P Emerging Markets ETF DE was listed on line 94 in the 2015 Report as an asset held at the end of 2015, when in fact it was sold in full on 07/30/15. It is listed on line 272 in this Report as sold in full on 07/30/15; (2) iShares US Real Estate ETF was listed on line 98 in the 2015 Report as sold in full on 12/16/15, when in fact was sold in part on that date; it was sold in full on 01/04/16, as noted on line 258; (3) Powershares DB Multi Sector Commodity TR DB Agriculture Fun was listed on line 99 in the 2015 Report as an asset that was held at the end of 2015, when in fact it was sold in full on 03/02/15. It is listed on line 270 in this Report as sold in full on 03/02/15; (4) "Vanguard Intl Equity Index FD Inc FSTE ALL" is listed in one account on line 95 and "Vanguard Ftse All World" is listed in the same account on line 101 of the 2015 Report, when in fact these are one in the same; in this Report it is listed only as "Vanguard Intl Equity Index FD Inc FSTE ALL"; (5) "iShares S&P 500 Value ETF" is listed in one account on line 89 and 106 in the 2015 Report; in this Report this asset is listed only once; (6) "iShares Floating Rate Bond ETF" was first purchased on 1/14/14 into Account IRA #3 ETF4; XXX56, but it was not listed in prior reports. It is listed here at line 232; (7) "iShares High Yield Corporate Bond ETF" is listed on line 111 in the 2015 Report; the proper name is " iShares IBOXX High Yield Corporate Bond ETF," and is listed as such in this Report; (8) In my 2015 Report, I list "JP Morgan Strat (ISOSX)" and "JP Morgan Strategic (JSOAX)." These assets are reflected in this Report under "JP Morgan Strategic Income Opportunities"; (9) In my 2015 Report, I list "Lord Abbett Short (LALDX)" and "Lord Abett Short (LDLFX)." These assets are reflected in this Report under "Lord Abbett Short Duration Income Fund."

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sarah Netburn**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544